UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN   RE:                                            :            Case No.  21-00213 ELG
   William Lloyd Firth                                      Chapter 7
      Debtor

P R A E C I P E

COMES NOW  William Lloyd Firth by counsel, and requests that the Court change his mailing address to 2514 E Pl NW, Washington, D.C. 20007.

Respectfully submitted,

/s/ Harris S. Ammerman #187450

DATED:  12/22/21    Harris S. Ammerman, Esq.
1115 Massachusetts Ave. NW
Washington, D.C. 20005
202  638 0606

CERTIFICATE OF SERVICE

I hereby certify that the above Praecipe was  served on this 22th day of  December, 2021 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and first class mail, postage prepaid to the Chapter 13 trustee, and all creditors listed on the attached mailing matrix.

/s/Harris S. Ammerman
Harris S. Ammerman